JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES KING, | ) | Case No. CV 12-10221 CAS (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| K. CHAPPEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 3, 2013

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE